William R. Brown, Esq. (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (NEWARK)

___

| | |
|---|---|
| THEADORA J. CALABRESE, <br>     Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA), N.A. and <br> TRANSUNION, LLC; <br>     Defendants. | CASE NO.: 2:20-cv-07310-MCA-MAH <br><br> Judge Madeline Cox Arleo <br> Magistrate Judge Michael A. Hammer |

___

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY
___

Plaintiff Theadora J. Calabrese ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: January 20, 2021

*/s/ Maksim Reznik (with consent)*
Maksim Reznik, Esq.
Law Offices of Robert S. Gitmeid
 & Assoc., PLLC
30 Wall Street, 8th Floor, Ste 741
New York, NY 10005
Telephone: (866) 249-1136
Fax: (877) 366-4747
E-Mail: maksim.r@gitmeidlaw.com

*Counsel for Plaintiff Theadora J. Calabrese*

Date: January 20, 2021

*/s/ William R. Brown*
William R. Brown, Esq. (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

SO ORDERED

  *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 1/22/21